## Joseph LOGAN, Appellant,

v.

## STATE of Missouri, Respondent.

### No. WD 55312.

Missouri Court of Appeals, Western District.

June 23, 1998.

Andrew A. Schroeder, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kevin F. Hennessey, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOWARD, P.J., and BRECKENRIDGE and SPINDEN, JJ.

## ORDER

PER CURIAM.

Joseph Logan appeals the circuit court's judgment to dismiss his motion for postconviction relief because it did not satisfy the filing deadline of Rule 24.035. He challenges the deadline as unconstitutional. We affirm the circuit court's judgment. *Day v. State,* 770 S.W.2d 692, 695 (Mo. banc), *cert. denied,* 493 U.S. 866, 110 S.Ct. 186, 107 L.Ed.2d 141 (1989) (holding time limits of Rule 24.035 to

be valid and mandatory). We enter this order pursuant to Rule 84.16(b).